**MORGAN, LEWIS & BOCKIUS LLP**

Needhy Shah
502 Carnegie Center
Princeton, NJ  08540-6241
(609) 919-6694

Christopher K. Ramsey (*pro hac vice* forthcoming)
One Oxford Centre, Thirty-Second Floor
Pittsburgh, Pennsylvania 15219-6401
(412) 560-3323

*Attorneys for Defendant*
*Centro Bradley Cross Keys Commons, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THOMAS J. HAMILL, ADVOCATES FOR DISABLED AMERICANS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CENTRO BRADLEY CROSS KEYS COMMONS, LLC,**<br><br>**Defendant.** | Civil Action No.:<br><br>**NOTICE OF REMOVAL**<br><br>*ELECTRONICALLY FILED* |

TO:   THE HONORABLE JUDGES OF THE UNITED STATES
      DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Centro Bradley Cross Keys Commons, LLC ("Defendant"), by and through its attorneys, Morgan, Lewis & Bockius LLP, hereby gives notice of removal of this matter to the United States District Court for the District of New Jersey from the Superior Court of New Jersey, Law Division, Gloucester County.  The grounds for removal are as follows:

1. Pursuant to Rule 10.1(a) of the Local Civil Rules, the addresses of the named parties are as follows: Defendant Centro Bradley Cross Keys Commons, LLC, now known as Brixmor Cross Keys Commons, LLC, has its headquarters and principal place of business at 450 Lexington Ave., 13th Floor, New York, New York 10017.  Defendant is represented by Morgan, Lewis & Bockius LLP, 502 Carnegie Center, Princeton, New Jersey 08540.  Plaintiff Thomas J. Hamill alleges that he resides at 370 Grove Avenue, Apt. 106, West Deptford, Gloucester County, New Jersey.  Plaintiff Advocates for Disabled Americans alleges to have offices in Cherry Hill, Camden County, New Jersey.  Plaintiffs are represented by Anthony J. Brady, Jr. Esq., 1 Rose Avenue, Maple Shade, New Jersey 08052.

### State Court Action

2. Plaintiffs commenced this action on July 26, 2018, by filing a Complaint in the Superior Court of New Jersey, Law Division, Gloucester County, captioned as <u>Thomas J. Hamill, Advocates for Disabled Americans v. Centro Bradley Cross Keys Commons, LLC</u>, Docket No. GLO-L-000850-18.

3. Defendant Centro Bradley Cross Keys Commons, LLC received a Summons and copy of the Complaint on July 27, 2018.  True and correct copies of the Complaint and Summons received by Defendant are attached hereto as Exhibit A.

4. On August 6, 2018, Defendant received a copy of the Complaint and a Summons addressed to "Centro Bradley Cross Keys Co. LLC."  Defendant is not aware of any legal entity under that name.  True and correct copies of the Complaint and Summons addressed to Centro Bradley Cross Keys Co. LLC are attached hereto as Exhibit B.

5. No other proceedings have been held in the Superior Court of New Jersey, and the documents attached as Exhibits A and B constitute all processes and pleadings alleged to have been served upon Defendant, or other entities, in this case.

### Nature of the Action in the Complaint

6. The case is being removed to this Court because it presents one or more federal questions, and is therefore removable pursuant to 28 U.S.C. §§ 1331 and 1441. Specifically, the Complaint alleges violations of the Americans with Disabilities Act of 1990, as amended, which claims are properly removed to this Court. *See* Compl. ¶ 9.

7. The Complaint further asserts claims against Defendant for alleged violations of the New Jersey Law Against Discrimination. *Id.*

### Removal of State Court Action

8. Section 1441(a) of Title 28 of the United States Code provides in relevant part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

9. The original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

10. Therefore, the above-captioned action is one over which the Court has original jurisdiction under 28 U.S.C. § 1331, and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441 *et seq.*, in that it is a civil action arising under the laws of the United States and invokes federal question jurisdiction.

### Venue

11.     Venue is proper in this Court under 28 U.S.C. § 1441(a) because the United States District Court for the District of New Jersey is the federal judicial district and division embracing the Superior Court of New Jersey, Gloucester County, where Plaintiff originally filed this action.

### Timeliness of Notice of Removal

12.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed with this Court because 30 days have not expired since Defendant received the Complaint.

### State Court Pleadings

13.     Pursuant to 28 U.S.C. § 1446(d), Defendant is simultaneously filing copies of all process, pleadings, and orders existing on file in the State court in this removed action.  *See* Exhs. A and B.

14.     Further, pursuant to 28 U.S.C. § 1446(d), Defendant will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Law Division, Gloucester County, and will promptly give Plaintiff's counsel written notice of this filing.

15.     By filing a Notice of Removal, Defendant does not waive any arguments, defenses, affirmative defenses, or rights, all of which are hereby specifically reserved.

16.     The undersigned are counsel for and are duly authorized to effect removal on behalf of Defendant.

WHEREFORE, Defendant hereby removes this case from the Superior Court of New Jersey, Law Division, Gloucester County, and this Court has jurisdiction over further proceedings.

| | |
|---|---|
| Dated: August 24, 2018 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | s/ Needhy Shah |
| | Needhy Shah (NJ I.D. No. 199102017)<br>502 Carnegie Center<br>Princeton, New Jersey  08540-6241<br>Telephone:  (609) 919-6694<br>Facsimile:   (609) 919-6701<br>needhy.shah@morganlewis.com |
| | Christopher K. Ramsey (*pro hac vice application forthcoming*)<br>One Oxford Centre, Thirty-Second Floor<br>Pittsburgh, Pennsylvania 15219-6401<br>Telephone:  (412) 560-3323<br>Facsimile:  (412) 560-7001<br>christopher.ramsey@morganlewis.com |
| | *Attorneys for Defendant Centro Bradley Cross Keys Commons, LLC* |

## CERTIFICATION

Pursuant to Local Civil Rule 11.2, the undersigned hereby certifies that the matters raised herein are not the subject of any other pending lawsuit, arbitration, or administrative proceeding except the state court action which is being removed.

Dated: August 24, 2018    **MORGAN, LEWIS & BOCKIUS LLP**

s/ Needhy Shah
Needhy Shah (NJ I.D. No. 199102017)
502 Carnegie Center
Princeton, New Jersey  08540-6241
Telephone:  (609) 919-6694
Facsimile:  (609) 919-6701
needhy.shah@morganlewis.com

Christopher K. Ramsey (*pro hac vice application forthcoming*)
One Oxford Centre, Thirty-Second Floor
Pittsburgh, Pennsylvania 15219-6401
Telephone:  (412) 560-3323
Facsimile:  (412) 560-7001
christopher.ramsey@morganlewis.com

*Attorneys for Defendant Centro Bradley Cross Keys Commons, LLC*